IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  08-CR-30266-MJR |
| ) | |
| JAMES C. NELSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER FINDING NO THIRD-PARTY INTERESTS

On August 3, 2009, the Court entered an order for forfeiture against defendant James C. Nelson (Doc. 37), for the following property which had been seized from the defendant:

**A Hi-Point, Model JHP, .45 caliber semiautomatic pistol, bearing serial number X490592, and any and all ammunition therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1). The government now moves that the Court enter an order finding no third-party interests (Doc. 50).

The Court notes that notice was published by the government on an official government website, http://www.forfeiture.gov, for 30 consecutive days beginning October 30, 2009, and ending November 28, 2009, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court **GRANTS** the motion (Doc. 50) and **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on August 3,

2009, namely:

> **A Hi-Point, Model JHP, .45 caliber semiautomatic pistol, bearing serial number X490592, and any and all ammunition therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property.

**IT IS SO ORDERED.**

**DATE: June 4, 2010.**

                                        **s/ Michael J. Reagan**
                                        **MICHAEL J. REAGAN**
                                        **United States District Judge**